5:03-45-18AJ

FILED
SEP 2 3 2003
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

## AFFIDAVIT OF MICHAEL E. HOUCK

STATE OF WASHINGTON :

County of King :

    Michael E. Houck, being first duly sworn upon oath, deposes and says:

1. I am over eighteen (18) years of age, of sound mind, capable of making this Affidavit, and the facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a paralegal at the law firm of Yarmuth Wilsdon Calfo PLLC in Seattle, Washington.

3. Yarmuth Wilsdon Calfo PLLC represented DIRECTV in the case of *DIRECTV v Derek Trone, et al.* No. CV 02-5194PA (RCx) filed in the Central District of California.

4. Pursuant to a Settlement Agreement between the parties in that suit, Derek Trone produced his business records, via his attorneys, to this firm. (See Declaration of Derek Trone at paragraph 2). Those records were produced on a compact disk via overnight mail to this firm. I personally received the compact disk, and the records it contained, on September 14, 2001.

5. I have reviewed the information on the compact disk provided by Derek Trone, through his attorneys.

6. Attached as Exhibit A is a true and accurate copy of one of the emails on that disk. The email attached as Exhibit A is dated June 5, 2000 and refers to Order #960264090572 and states the order is to be billed to and shipped to Wyman Murray.

29

7.  Attached as Exhibit B is a true and accurate copy of another one of the emails on the disk provided by Derek Trone through his attorneys. The email attached as Exhibit B is dated July 11, 2000 and refers to Order #963374203766 and states the order is to be billed to and shipped to Wyman Murray.

Further, affiant sayeth not.

_____
Michael E. Houck

SUBSCRIBED AND SWORN TO before me this ___18th___ day of September 2003.

_____
Print Name: Colleen M. Egan
NOTARY PUBLIC in and for the State of
Washington, residing at Seattle
My Commission Expires: 5-28-04